P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

REHEARING ACTION: May 1, 2013


Docket Number: 12   01075-CA

GRADY P. GALLAND
VERSUS
HEIDI MAHL GALLAND

Appealed from Avoyelles Parish Case No. 2009-4104-A


**BEFORE JUDGES:**

   Hon. Ulysses Gene Thibodeaux
   Hon. Billy Howard Ezell
   Hon. James T. Genovese


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Heidi M. Galland** has this day been

   **GRANTED.**   (Opinion on rehearing attached.)


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Grady Galland** has this day been

   **DENIED.**


cc:  Cory Paul Roy
     Laura B. Knoll

ON REHEARING

GRADY P. GALLAND

VERSUS

HEIDI MAHL GALLAND

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2009-4104-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Billy Howard Ezell, and James T. Genovese, Judges.

**REVERSED AND RENDERED.**

Cory Paul Roy
Law Offices of Cory P. Roy
107 North Washington Street
Marksville, LA 71351
Telephone: (318) 240-7800
COUNSEL FOR:
    Plaintiff/Appellee - Grady P. Galland

Laura Bishop Knoll
Knoll Law Firm, LLC
P. O. Box 426
Marksville, LA 71351
Telephone: (318) 253-6200
COUNSEL FOR:
    Defendant/Appellant - Heidi M. Galland

**THIBODEAUX, Chief Judge.**

Both parties apply to this court for rehearing. We grant rehearing to Ms. Heidi Mahl Galland for the sole purpose of clarifying our previous judgment which reversed the judgment of the trial court. It is ordered that, effective immediately, the parties shall have co-domiciliary status and shall share physical custody on a week-by-week (7/7) basis. At the start of the 2013-2014 school year, Colin and Cadence Galland shall be enrolled in Nachman Elementary in Alexandria, Louisiana.[1]

**REVERSED AND RENDERED**.

---

[1] If Cadence does not meet the minimum age requirement to attend Nachman Elementary for the 2013-2014 school term, she shall be enrolled in her prior school, Calvary Daycare, in Alexandria, Louisiana.